# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERENCE BROWN A/K/A KENNETH
DYER A/K/A TONY BROWN

NO. 2020 KW 1146

**FEBRUARY 1, 2021**

---

In Re:    Terence Brown a/k/a Kenneth Dyer a/k/a Tony Brown,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. DC-20-06263.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

 **WRIT DENIED AS MOOT.**   The record of the Clerk of Court of
East Baton Rouge Parish reflects the district court denied
relator's application for writ of habeas corpus on January 7,
2021.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT